■■■ DANIEL J. BONAFEDE, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 110353.) [874 NYS2d 840]—Appeal from

an order of the Court of Claims (Jeremiah J. Moriarty, III, J.), entered March 27, 2008 in a personal injury action. The order granted the motion of defendant for summary judgment and dismissed the claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Centra, J.P., Peradotto, Carni, Green and Pine, JJ.